PAUCHOGUE LAND CORPORATION, Appellant, *v.* LONG ISLAND STATE PARK COMMISSION et al., Respondents.

*Eminent domain — real property — State — lawful appropriation of private property for park purposes.*

*Pauchogue Land Corp.* v. *Long Island State Park Comm.*, 223 App. Div. 733, affirmed.

(Argued June 13, 1928; decided July 19, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 5, 1928, affirming a judgment in favor of plaintiff for nominal damages, entered upon a verdict. The action was to enjoin waste and continuing trespass by the defendants in seizing by alleged illegal appropriation proceedings the plaintiff's property for park purposes.

*Martin A. Schenck, Joseph S. Auerbach, William H. Robbins* and *Murray C. Bernays* for appellant.

*Walter H. Pollak, Carl S. Stern, G. Frank Dougherty, Ruth I. Wilson* and *George D. Carrington* for respondents.

Judgment affirmed, with costs, upon the ground that the property in suit has been lawfully appropriated. (243 N. Y. 15.)

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.